JAMES V. JEFFERIS & Co., defendants below, appellants,
v. DANIEL URMY, plaintiff below, respondent.

When work is done and charged for by the hour, and is so entered upon a
    slate, and sixty hours in the business constitutes a week's work, and
    every sixty hours' work is then regularly charged in a book by the week
    as a week's work, it will be admissible in evidence as the book of original
    entries of the account.

PRONARR in assumpsit on appeal from a Justice of the
Peace. The demand of the plaintiff below was for eighty
dollars, balance due, after deducting payments, for work
and labor, &c., who being sworn testified that he worked
and charged for it by the hour, and that sixty hours' work
constituted a week's work in his business, and that he
kept the account of his work by the hour on a slate, but
by the week in the account book produced and sworn to
by him as his book of original entries, but that he had
not preserved the entries on his slate, as they were effaced
when they amounted to sixty hours, and when they were
first entered upon his book.

*Higgins*, for the defendants below, objected to the ad-
missibility of his book in evidence, because upon his own
showing, it was not his book of original entries of the
account.

*Nields*, for the plaintiff below. If not impossible, it
was the next thing to an impossibility almost, for any
workman to keep a regular book of account or charges
by the hour, nor when working and charging by the
hour, to charge them by the day at the close of each day.
And although it was usual when laborers were hired to
work by the day, or at so much per day, to charge by the
day, and to keep their accounts accordingly, yet there was
nothing in the statute which necessarily required them
to do so, for even in such a case, an account regularly
and fairly kept by the week, instead of by the day,

would answer the requirements of it. Nor would a simple mark for each hour on a slate, to be wiped from it and formally entered in a regular account with pen and ink in his book when it reached to sixty, make the former instead of the latter, his book of original entries of his account against the party so employing him.

*By the Court.* Under the liberal rulings which have uniformly prevailed from a very early day in this State on this subject, we cannot exclude the entries or the book offered in this case under the facts proved, but must admit it to go to the jury subject to such exceptions as may effect or impair the weight or sufficiency of it to prove the charges contained in it to the satisfaction of the jury.